UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                  Case No. 1:19-cr-00024(2)
JOEL HARVEY
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 MAR 21 PM 2:36
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: Julie Wolfer (Official)        Date/Time: 3/21/19 @ 12:00 PM
United States Attorney: Ebunoluwa Taiwo
Defendant Attorney: C. Ransom Hudson (CJA)    Interpreter: N/A

*Initial Appearance:* ☐ *Complaint;* ☒ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ Counsel present        ☐ *Superseding Indictment*        ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☒ Government moves for defendant to be detained pending detention hearing 3/22/19 @ 1:30 PM
☒ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed ( ☐ FPD ☒ CJA) ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____    ☐ Detention is moot - serving state sentence
Defendant Witness_____    ☐ Home Incarceration
☐ OR ☐ Secured with _____ ☐Electronic Monitor☐Other ☐ Home Detention ☐ Curfew
                                               ☐Location Monitoring
Special Conditions of Release:☐Pretrial/Probation Supervision☐ Drug testing & Treatment☐maintain employment & verify
☐refrain from all/excessive alcohol ☐narcotic drugs unless prescribed☐use/possession of firearms☐Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants

*Pretrial Bond Violation Hearing*:
☐ bond revoked - defendant detained pending trial ☐bond continued ☐bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses:_____    Defendant Witnesses: _____

AUSA Exhibits:_____    Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☐        Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered        ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing    ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    Removed to _____
☐ Probable Cause Found

Remarks: