UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
JOEL HARVEY
    Defendant.

Case No. 1:19-cr-00024(2)

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. HAGEL
CLERK OF COURT
2019 MAR 22 PM 2:02
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: Maryann Maffia (Official)
United States Attorney: Ebunoluwa Taiwo
Defendant Attorney: C. Ransom Hudson (CJA)

Date/Time: 3/22/19 @ 1:30 PM
Interpreter: N/A

*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☐ Counsel present     ☐ *Superseding Indictment*     ☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his/her rights ☐ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed (☐ FPD ☐ CJA) ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____ ☐ Detention is moot - serving state sentence
Defendant Witness _____ ☐ Home Incarceration
☒ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
☐ Location Monitoring

Special Conditions of Release: ☒ Pretrial/Probation Supervision ☒ Drug testing & Treatment ☐ maintain employment & verify
☒ refrain from all/<u>excessive</u> alcohol ☒ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☒ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants
SURRENDER PASSPORT TO CLERK BY 3/26/19; INFORM COUNSEL AND PRETRIAL SVCS OF CONTACT INFORMATION FOR BOTH

*Pretrial Bond Violation Hearing:* MOTHER AND SISTER
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* ☒ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☒     Defendant pleads: ☐ GUILTY ☒ NOT GUILTY
☐ PSI ordered     ☐ Sentencing set for _____
☒ Case to proceed before **JUDGE BARRETT**

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing     ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered     Removed to _____
☐ Probable Cause Found

Remarks: