AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:19-cr-00024(2) |
| | ) | |
| | ) | |
| JOEL HARVEY | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JOEL HARVEY ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

SEE ATTACHED INDICTMENT

Date:  03/06/2019

*Issuing officer's signature*

City and state:  Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/6/2019 , and the person was arrested on *(date)* 3/21/2019 at *(city and state)* Cincinnati, OHIO . |
| Date: 3/21/2019                    _____<br>*Arresting officer's signature*<br><br>KENNETH JAY HUGET SPECIAL AGENT<br>*Printed name and title* |